*Judge Cote*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
                                  :
IN RE NONJUDICIAL CIVIL FORFEITURE   :
PROCEEDING REGARDING $24,740.00 IN   :
UNITED STATES CURRENCY SEIZED ON OR  :
ABOUT October 4, 2018.            :
                                  :
- - - - - - - - - - - - - - - - - X

STIPULATION AND ORDER

19 Misc. 286 (DLC)

WHEREAS, on or about October 4, 2018, the Drug Enforcement Administration (the "DEA") seized $24,740.00 in United States currency in Sewaren, New Jersey (the "Seized Property") and the DEA initiated an administrative forfeiture proceeding against the Seized Property pursuant Title 21, United States Code, Section 881 by timely sending written notice of its intent to forfeit the Seized Property to all known interested parties;

WHEREAS, on or about March 15, 2019, the DEA received a claim from German A. Fajardo-Rufino (the "Claimant"), asserting an interest in the Seized Property;

WHEREAS, the matter was subsequently referred to the United States Attorney's Office for the Southern District of New York for judicial forfeiture;

WHEREAS, no other party has claimed an interest in the Seized Property;

WHEREAS, Title 18, United States Code, Section,

1

983(a)(3)(A) provides that, "[n]ot later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a Court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to Title 18, United States Code, Section, 983(a)(3), the United States is required to file a civil complaint to forfeit the Seized Property no later than June 13, 2019;

WHEREAS, the Claimant, through counsel, John F. Cicilline, Esq., has consented to an extension of the deadline for the Government to file a complaint against the Seized Property;

WHEREAS, John F. Cicilline, Esq., attorney for the Claimant, represents and warrants that he is authorized to execute this Stipulation on behalf of his client, German A. Fajardo-Rufino; and

WHEREAS, the Government requests an extension of 60 days to file a complaint from June 13, 2019 to August 12, 2019;

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Seized Property is extended from June 13, 2019, up to and including August 12, 2019.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:  _____          _6/7/19_____
    TARA LA MORTE                                 DATE
    KIERSTEN A. FLETCHER
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, New York 10007
    Tel.: (212) 637-1041/2238

By:  _____          _10 June 2019_____
    JOHN F. CICILLINE, Esq.                       DATE
    Attorney for German A. Fajardo-Rufino

SO ORDERED:

_____          _June 13, 2019_____
UNITED STATES DISTRICT JUDGE, PART I               DATE

3

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of

the aforementioned parties and pursuant to Title 18, United

States Code, Section 983(a)(3)(A), that the time in which the

Government is required to file a complaint for forfeiture of the

Seized Property is extended from June 13, 2019, up to and

including August 12, 2019.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____        _6/7/19_____
    TARA LA MORTE                      DATE
    KIERSTEN A. FLETCHER
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, New York 10007
    Tel.: (212) 637-1041/2238

By: _____        _10 June 2019_
    JOHN F. CICILLINE, Esq.            DATE
    Attorney for German A. Fajardo-Rufino

SO ORDERED:

_____     _____
UNITED STATES DISTRICT JUDGE, PART I   DATE

3